In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-119 CR


____________________



CHRISTOPHER GUY EAST, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 91636






 MEMORANDUM OPINION


 Christopher Guy East has filed a request to withdraw his appeal. See Tex. R. App. P.
42.2. His request to dismiss the appeal is signed both personally and by his counsel of record. 
No opinion has issued in this appeal. The motion is granted, and the appeal is therefore
dismissed.

 APPEAL DISMISSED. 


 

 ____________________________

 HOLLIS HORTON

 Justice


Opinion Delivered June 20, 2007

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.